COMMONWEALTH of Pennsylvania, Respondent

v.

FUNDS IN MERRILL LYNCH ACCOUNT, Owned by Rennick Peart Nos. 870–56483 and 870–67056; Funds in Corestates Bank Account, Owned by Rennick Peart No. 20608485; Funds in Fidelity Bank Corp. Owned by Rennick Peart and S and S Records, Inc., No. 307827; Funds in Germantown Bank, Owned by Rennick Peart, No. 30–907735; $1338.00; U.S. Currency Seized from Rennick Peart and Listed in PR # 510589; $10,283.00; U.S. Currency Seized from Rennick Peart and Listed on PR # 10591; Miscellaneous Jewelry Seized from Rennick Peart and Listed on PR # 510593; Real Property and Improvements known as 5703 Chester Ave, ex rel Rennick Peart;

Rennick Peart, Petitioner (Two Cases).

Commonwealth of Pennsylvania, Respondent

v.

Rennick Peart, Petitioner.

Supreme Court of Pennsylvania.

Oct. 3, 2001.

## ORDER

PER CURIAM:

AND NOW, this 3rd day of October, 2001 we GRANT the Petitions for Allowance of Appeal LIMITED to the following issue:

Should the Commonwealth bear the burden of establishing by clear and convincing evidence that a nexus exists between unlawful activity and the subject of a forfeiture?